FILED
UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING
9:28 am, 8/31/17
Stephan Harris
Clerk of Court

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WYOMING

KLEY ACHTERHOF

Plaintiffs,

vs

OFFICE OF ENROLLMENT AND DISCIPLINE DIRECTOR ET AL

Defendants.

Case Number: 17-CV-140-SWS

## JUDGMENT IN A CIVIL ACTION

This matter comes before the Court on Plaintiffs' Complaint and Request for Injunction (ECF No. 1). Pursuant to this Court's August 30, 2017 MINUTE ORDER,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's Complaint and Request for Injunction (ECF No. 1) is DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.

Dated this 31st day of August, 2017.

Stephan Harris
Clerk of Court

By Crystal Toner
Deputy Clerk